IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS<br>(PHENTERMINE/FENFLURAMINE/<br>DEXFENFLURAMINE) PRODUCTS<br>LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| BRENDA STALLINGS, MAXINE TALLY WHITECOMB,<br>PRISCILLA BURNEY, MARY C. BUCHANAN,<br>BETTY LOUANNE TOMLINSON, STEPHANIE BAILEY,<br>BILLY CUPP, JR., PATRICIA STERLING,<br>NORMA DEMPSEY HISAW, TABITHA M. WROTEN,<br>WANDA J. THOMPSON, PEARL M. MCGEE,<br>BARBARA J. JENKINS, SUSAN M. DAVIS,<br>CATHERINE M. SHAFFER, EDSELL WILLIFORD,<br>RAMONA JOHNSON, TAMMY HENDERSON,<br>RICHARD D. EIFLING, MELISSA MILANO,<br>LISA M GROSS, KAREN WASHINGTON-HACKMAN,<br>ROBIN MCNEILL, JOHNNY EARL CLARK,<br>SONIA YASHICA PRITCHARD, RUTH M WILLIAMS,<br>ELAYNA COOPER, JACALYN T. JONES,<br>WILLIAM A. WESTBROOK, MARSHA L. WRIGHT,<br>PATRICIA LAVENDER, DONNA GAIL MORGAN,<br>MAE WILSON, SUSAN WEST, CAROL P. WILSON,<br>VIRGINIA A. LOGAN, VALERIE A. GIVENS-ROWAN,<br>SHARON BALLINGER, TERETHA WILLIAMS,<br>GERALDINE YOUNG SMITH, CAROLYN PRESTON,<br>ANDREAN J. MONET AUTRY, HARRIET J. STEWART,<br>BRUCE D. McMILLAN, CARRIE SIMPSON,<br>JOHNNIE SMITH, MARY D. VARVIL,<br>MENALONE A. JOHNSON, ANNIE STEVENSON,<br>MARILYN BLANCH, EDWARD MCARTHUR,<br>LATONYA THOMAS, LINDA ROGERS HARWELL,<br>CHARLIE DOUGLAS, BERNICE GRIFFIN<br>KIMBERLY S. ALFORD, MARILYN R. BLANCH,<br>MARY SCHAEFER TIMMS, EDWARD McARTHUR,<br>ANGELA TUCK REED, NATHANIEL WILLIAMS,<br>JOHNIE BELINDA BROWN, THELMA B. GALES,<br>AND CYNTHIA S. WINTERS | PLAINTIFFS |
| VS. | MDL CIVIL ACTION NO. 02-20081 |
| WYETH-AYERST PHARMACEUTICALS, INC.,<br>f/k/a Wyeth-Ayerst Laboratories, Inc.,<br>a division of American Home Products, Inc.;<br>WYETH LABORATORIES, INC.,<br>A. H. ROBINS COMPANY, INC.; | |

AMERICAN HOME PRODUCTS, INC.;
ROY SMITH d/b/a STARKVILLE DISCOUNT DRUGS;
WAL-MART ASSOCIATES, INC.;
MCR PHARMACEUTICALS INC., a/k/a American
Pharmaceuticals, Inc., a/k/a MCR/American
Pharmaceuticals, Inc.; JONES MEDICAL
INDUSTRIES, a/k/a Abana Pharmaceuticals, Inc.;
QUALITEST PRODUCTS, INC.; EON LABS
MANUFACTURING, INC.; FISONS CORPORATION;
GATE PHARMACEUTICALS; INTERNEURON
PHARMACEUTICALS, INC.; MEDEVA
PHARMACEUTICALS, INC.; RUGBY
LABORATORIES, INC.; SMITHKLINE
BEECHAM CORPORATION; SEALE DRUG CO., INC.;
G & M OF OXFORD; TYSON DRUGS, INC.,
and GOLDLINE LABORATORIES, INC.,
a division of IVAX Corporation                                                                  DEFENDANTS

## PLAINTIFFS' DISCLOSURE OF GENERIC EXPERTS

In accordance with Fed.R.Civ.P. 26(a)(2) and applicable pre-trial orders, Plaintiffs Brenda Stallings, et al. hereby disclose that they may call to testify in the above-referenced case any or all of the "generic" expert witnesses listed below. The written report of each such witness pursuant to Fed.R.Civ.P. 26(a)(2)(B) is appended hereto as follows:

| | |
|---|---|
| Dr. Arthur Hayes | Exhibit 1 |
| Dr. Dean G. Karalis | Exhibit 2 |
| Dr. James H. Oury | Exhibit 3 |
| Dr. Jerry Avorn | Exhibit 4 |
| Dr. Stuart Rich | Exhibit 5 |
| Dr. Robyn J. Barst | Exhibit 6 |
| Dr. Paul J. Wellman | Exhibit 7 |
| Dr. John J. LaPuma | Exhibit 8 |
| Dr. Barry Sears | Exhibit 9 |
| Dr. John Gueriguian | Exhibit 10 |

Dr. Colin M. Bloor                                                  Exhibit 11

RESPECTFULLY SUBMITTED this the _____ day of August, 2002.

                                  BRENDA STALLINGS, MAXINE TALLY WHITECOMB, PRISCILLA BURNEY, MARY C. BUCHANAN, BETTY LOUANNE TOMLINSON, STEPHANIE BAILEY, BILLY CUPP, JR., PATRICIA STERLING, NORMA DEMPSEY HISAW, TABITHA M. WROTEN, WANDA J. THOMPSON, PEARL M. MCGEE, BARBARA J. JENKINS, SUSAN M. DAVIS, CATHERINE M. SHAFFER, EDSELL WILLIFORD, RAMONA JOHNSON, TAMMY HENDERSON, RICHARD D. EIFLING, MELISSA MILANO, LISA M GROSS, KAREN WASHINGTON-HACKMAN, ROBIN MCNEILL, JOHNNY EARL CLARK, SONIA YASHICA PRITCHARD, RUTH M WILLIAMS, ELAYNA COOPER, JACALYN T. JONES, WILLIAM A. WESTBROOK, MARSHA L. WRIGHT, PATRICIA LAVENDER, DONNA GAIL MORGAN, MAE WILSON, SUSAN WEST, CAROL P. WILSON, VIRGINIA A. LOGAN, VALERIE A. GIVENS-ROWAN, SHARON BALLINGER, TERETHA WILLIAMS, GERALDINE YOUNG SMITH, AROLYN PRESTON, ANDREAN J. MONET AUTRY, HARRIET J. STEWART, BRUCE D. McMILLAN, CARRIE SIMPSON, JOHNNIE SMITH, MARY D. VARVIL, MENALONE A. JOHNSON, ANNIE STEVENSON, MARILYN BLANCH, EDWARD MCARTHUR, LATONYA THOMAS, LINDA ROGERS HARWELL, CHARLIE DOUGLAS, BERNICE GRIFFIN, KIMBERLY S. ALFORD, MARILYN R. BLANCH, MARY SCHAEFER TIMMS, EDWARD McARTHUR, ANGELA TUCK REED, NATHANIEL WILLIAMS, JOHNIE BELINDA BROWN, THELMA B. GALES, AND CYNTHIA S. WINTERS

                       By:_____
                         THOMAS Y. PAGE (MSB 3985)
                         H. GRAY LAIRD, III (MSB 8979)

OF COUNSEL:

Thomas Y. Page (MSB 3985)
H. Gray Laird, III (MSB 8979)
PAGE, KRUGER & HOLLAND, P.A.
10 Canebrake Boulevard, Suite 200
Jackson, Mississippi 39232-2212

(Mailing Address)
Post Office Box 1163
Jackson, Mississippi  39215-1163
(601) 420-0333
(601) 420-0033 (facsimile)

Wilbur O. Colom (MSB 6403)
THE COLOM LAW FIRM
406 Third Avenue North
Post Office  Box 866
Columbus, Mississippi 39703
(662) 327-0903
(662) 329-4832 (facsimile)

## CERTIFICATE OF SERVICE

This is to certify that I have this day mailed a true and correct copy of the above and foregoing Plaintiffs' Designation of Generic Experts, postage prepaid, by means of United States Mail to the following counsel of record:

Arnold Levin, Esquire
Levin, Fishbeing, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
**Co-Chair of Plaintiffs' Management Committee**

John J. Cummings, III, Esquire
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, Louisiana 70130
**Co-Chair of Plaintiffs' Management Committee**

Stanley M. Chesley, Esquire
Jean M. Geoppinger, Esquire
Waite, Schneider, Bayless, Chesley Co., L.P.A.
1513 Centra Trust Tower
One West Fourth Street
Cincinnati, Ohio 45202
**Co-Chair of Plaintiffs' Management Committee**

Ms. Deborah A. Hyland
Plaintiffs' Management Committee
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, Pennsylvania 19106
**Office of the Plaintiffs' Management Committee**

Michael T. Scott, Esquire
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, Pennsylvania 19103-7301
**Liaison Counsel for Fenfluramine/Dexfenfluramine Defendants**

Edward W. Maderia, Jr., Esquire
Pepper Hamilton LLP
Bell Atlantic Building, 34th Floor
1717 Arch Street
Philadelphia, Pennsylvania 19103
**Liaison Counsel for Phentermine Manufacturers & Suppliers**

Robert N. Spinelli, Esquire
Kelley, Jasons, McGuire & Spinelli, LLP
Centre Square West
Suite 1500
Philadelphia, Pennsylvania 19102
**Liaison Counsel for Retailers**

Alan Klein, Esquire
Hangley, Aronchick, Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103
**Lead Counsel for Interneuron**

Gregory P. Miller
Office of the Special Discovery Master
Miller, Alfano & Raspanti, P.C.
1818 Market Steet, Suite 3402
Philadelphia, Pennsylvania 19103
**Special Discovery Master**

Neville H. Boschert, Esquire
Watkins, Ludlam, Winter & Stennis, P.A.
Post Office Box 427
Jackson, Mississippi 39205-0427
**Attorney for MCR Pharmaceuticals, Inc.**

Shannon M. Bruno, Esquire
Ungarino & Eckert LLC
Suite 1280, Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
**Attorneys for Jones Medical Industries**

Sheila M. Bossier, Esquire
Forman, Perry, Watkins, Krutz & Tardy
Post Office Box 2608
Jackson, Mississippi 39225-2608
**Attorney for Qualitest Products, Inc.**

Kimberly N. Howland, Esquire
Wise, Carter, Child & Carraway, P.A.
Post Office Box 651
Jackson, Mississippi 39205
**Attorney for Medeva Pharmaceuticals, Inc. and Fisons Corporation**

Kenna L. Mansfield, Esquire
Kelly D. Simpkins, Esquire
Wells, Marble & Hurst
Post Office Box 131
Jackson, Mississippi 39205-0131
**Attorneys for Gate Pharmaceuticals**

Michael V. Cory, Jr., Esquire
Steen, Reynolds & Dalehite
Post Office Box 900
Jackson, Mississippi 39205-0900
**Attorneys for Interneuron Pharmaceuticals, Inc.**

Ronald G. Peresich, Esquire
Michael F. Whitehead, Esquire
Emilie F. Whitehead, Esquire
Page, Mannino, Peresich & McDermott, PLLC
Post Office Drawer 289
Biloxi, Mississippi 39533
**Attorneys for Rugby Laboratories, Inc. and Goldline Laboratories, Inc.**

P. N. Harkins, III, Esquire
Lynn P. Risley, Esquire
Watkins & Eager
Post Office Box 650
Jackson, Mississippi 39205-0650
**Attorneys for Smithkline Beecham Corporation**

W. Luther Wilson, Esquire
John Steward Tharp
Taylor, Porter, Brooks & Phillips
Post Office Box 2471
Baton Rouge, Louisiana 70821
**Attorneys for Eon Labs Manufacturing, Inc.**

Luke Dove, Esquire
Dove & Chill
4266 I-55 North, Suite 108
Jackson, Mississippi 39211
**Attorney for Wal-mart Associates, Inc. and Super Sav-On-Drugs of Mississippi, Inc.**

Whitman B. Johnson, III, Esquire
Currie, Johnson, Griffin, Gaines & Myers
Post Office Box 750
Jackson, Misisippi 39205-0750
**Attorneys for Roy Smith d/b/a Starkville Discount Drugs**

William M. Gage, Esquire
James B. Galloway, Esquire
Butler, Snow, O'Mara, Stevens & Cannada
Post Office Box 22567
Jackson, Mississippi 39225-2567
**Attorneys for Wyeth-Ayerst Pharmaceuticals, Inc. and American Home Products, Inc.**

This the _____ day of August, 2002.

                                             _____
                                             H. GRAY LAIRD, III