**EXHIBIT C**

\*\* Transmit Conf. Report \*\*

P.1   Nov 13 2003  16:56

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 60142000033 | NORMAL | 13,16:56 | 18'01" | 55 | \* O K | Manual |



# ARNOLD & PORTER

212.715.1000
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

## Fax Transmittal

### November 13, 2003

| RECIPIENT NAME(S) | RECIPIENT FAX NUMBER(S) | RECIPIENT TELEPHONE NUMBER(S) |
|---|---|---|
| H. Gray Laird, III, Esq. | (601) 420-0033 | (601) 420-0333 |
| **SENDER** | **SENDER'S TELEPHONE NUMBER** | |
| Dorothy Giobbe | (212) 715-1182 | |
| **CLIENT/MATTER NUMBER** | **TIMEKEEPER NUMBER** | **NUMBER OF PAGE(S)** |
| 02571.190 | 4768 | We are transmitting 55 page(s) (including this cover sheet) |

If you experience difficulty receiving this fax transmission, please contact the operator at 212.715.1330.

### MESSAGE

Please see attached.

PRIVILEGED AND CONFIDENTIAL

Information intended only for the use of the addressee named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone and return the original message to us at the above address via the U.S. Mail.

# ARNOLD & PORTER

**Dorothy Nicole Giobbe**
Dorothy_Giobbe@aporter.com

212.715.1182
212.715.1399 Fax

34th Floor
399 Park Avenue
New York, NY 10022-4690

November 13, 2003

**VIA FACSIMILE**

H. Gray Laird, III
Page, Kruger & Holland, P.A.
Post Office Box 1163
Jackson, MS 39215-1163

    Re:   *Linda Harmon, et al.*, MDL Case No. 02-20082; *Duwanda Robbins, et al.*, MDL Case No. 02-20081; *Janice Binion, et al.*, MDL Case No. 02-20119; *Lillian Chandler, et al.*, MDL Case No. 02-20120; *Patricia Mosley, et al.*, MDL Case No. 02-20122; *Mary F. Sanders, et al.*, MDL Case No. 02-20121; and *Brenda Stallings, et al.*, MDL Case No. 02-20118

Dear Gray:

    Attached please find copies of the releases signed by the plaintiffs referred to in Wyeth's Motion to Dismiss Certain Plaintiffs (Exhibit I to Wyeth's motion). Please note that these releases have been filed under seal.

    Please do not hesitate to contact me if you have any questions.

                        Very truly yours,

                        Dorothy N. Giobbe

Attachments

# EXHIBIT D

# ReedSmith

Paul B. Kerrigan ▪ 215.851.8254 ▪ pkerrigan@reedsmith.com

November 14, 2003

**DOCUMENTS TO BE FILED UNDER SEAL**

**VIA MESSENGER**

Mr. Michael E. Kunz
Clerk of the Court
United States District Court for the
    Eastern District of Pennsylvania
United States Courthouse
601 Market Street -- Room 2609
Philadelphia, PA 19106

Re:  In re: Diet Drugs Products Liability Litigation,
MDL Docket No. 1203 (E.D. Pa.)

Linda Harmon, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.,
Civil Action No. 02-20082 (E.D. Pa.)

Duwanda Robbins, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.,
Civil Action No. 02-20081 (E.D. Pa.)

Janice Binion, et al., v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.,
Civil Action No. 02-20119 (E.D. Pa.)

Lillian Chandler, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.,
Civil Action No. 02-20122 (E.D. Pa.)

Patricia Mosley, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.,
Civil Action No. 20122 (E.D. Pa.)

Mary F. Sanders, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.,
Civil Action No. 02-20121 (E.D. Pa.)

Brenda Stallings, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.,
Civil Action No. 02-20118 (E.D. Pa.)

- *Exhibit I to Appendix of Exhibits in Support
Of Wyeth's Motion to Dismiss Certain Plaintiffs*

Dear Mr. Kunz:

    I enclose in the attached envelope a document for filing <u>under seal</u> in the above-captioned actions pursuant to Section III(D) of the Clerk's Office Procedural Handbook. The document title is:

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
215.851.8100
Fax 215.851.1420

Delaware
New Jersey
New York
Pennsylvania
Virginia
Washington, DC

reedsmith.com

Mr. Michael E. Kunz  
November 14, 2003  
Page 2

ReedSmith<sub>LLP</sub>

- *Exhibit I to the Appendix of Exhibits in Support of Wyeth's Motion to Dismiss Certain Plaintiffs*[1]

The documents that comprise Exhibit I contain Confidential Information covered by Nationwide Class Action Settlement Agreement between American Home Products Corporation [2] and certain plaintiffs in the actions that are the subject of Wyeth's motion, as well as information protected by provisions of Pretrial Order Nos. 467 and 517 in MDL 1203 Diet Drugs Products Liability Litigation. The copies of the pleading furnished to the Court, the Special Discovery Master, and counsel for plaintiffs contain all of the documents that comprise Exhibit I, as does the original being filed under seal. Copies of the pleading being served on counsel of record do not contain all of the documents that comprise Exhibit I, but have a single sheet that identifies the individual plaintiff to whom the documents being filed under seal pertain.

Please file under seal the enclosed Exhibit I documents to the Appendix of Exhibits, which is Document # 230341 on Docket 2:12md1203.

If you have any questions, please do not hesitate to contact me.

Respectfully,

Paul B. Kerrigan

/pbk  
Enclosure  
cc:   Honorable Harvey Bartle, III (w/encl.)(Via Hand Delivery)  
      Gregory P. Miller, Esquire (w/encl.)(Via Hand Delivery)  
      H. Gray Laird, Esquire (w/encl.) (Via UPS Overnight Delivery)  
      Wilbur O. Colum, Esquire (w/encl.) (Via UPS Overnight Delivery)  
      All MDL 1203 Lead and Liaison Counsel (w/encl.) (Via First-Class Mail)  
      Ms. Deborah A. Hyland (w/encl.) (Via First-Class Mail)

---

[1]   When the Appendix was filed and served on October 24, 2003 with the Motion and supporting Memorandum, Wyeth did not have all of the settlement documents and releases that comprise Exhibit I. In footnote 6 of it Memorandum at page 5, Wyeth stated that it would supplement Exhibit I in the Appendix of Exhibits and that it would file these document under seal.

[2]   On March 11, 2002, American Home Products Corporation changed its name to Wyeth.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION ) | MDL No. 1203 |
| **CONFIDENTIAL** <br> **FILED UNDER SEAL** ) | **CONFIDENTIAL** <br> **FILED UNDER SEAL** |
| SHEILA BROWN, *et al.* v. AMERICAN HOME PRODUCTS CORPORATION ) | Civil Action No. 99-20593 |
| This document relates to: ) | |
| LINDA HARMON, *et al.* v. WYETH-AYERST PHARMACEUTICALS, INC., *et al.*; ) | Civil Action No. 02-20082 |
| DUWANDA ROBBINS, *et al.* v. WYETH-AYERST PHARMACEUTICALS, INC., *et al.*; ) | Civil Action No. 02-20081 |
| JANICE BINION, *et al.* v. WYETH-AYERST PHARMACEUTICALS, INC., *et al.*; ) | Civil Action No. 02-20119 |
| LILLIAN CHANDLER, *et al.* v. WYETH-AYERST PHARMACEUTICALS, INC., *et al.*; ) | Civil Action No. 02-20120 |

| | |
|---|---|
| PATRICIA MOSLEY, *et al.* v. WYETH-AYERST PHARMACEUTICALS, INC., *et al.*; | Civil Action No. 02-20122 |
| MARY F. SANDERS, *et al.* v. WYETH-AYERST PHARMACEUTICALS, INC., *et al.*; | Civil Action No. 02-20121 |
| - and - | |
| BRENDA STALLINGS, *et al.* v. WYETH-AYERST PHARMACEUTICALS, INC., *et al.* | Civil Action No. 02-20118 |

## EXHIBIT I TO APPENDIX OF EXHIBITS IN SUPPORT OF WYETH'S MOTION TO DISMISS CERTAIN PLAINTIFFS IN THE ABOVE-CAPTIONED ACTIONS

## CONFIDENTIAL

## FILED UNDER SEAL

This document, Exhibit I to the Appendix of Exhibits in the above-captioned actions (Document # 203341), contains CONFIDENTIAL INFORMATION covered by the terms of a Nationwide Class Action Settlement Agreement between American Home Products Corporation and certain plaintiffs in the above-captioned actions, as well as CONFIDENTIAL INFORMATION protected by the provisions of Pretrial Order Nos. 467 and 517.

It is submitted under seal pursuant to the provisions of the foregoing Pretrial Orders and pursuant to Section III(D) of the Clerk's Office Procedural Handbook for this District. The confidential contents of this document may not be disclosed without express order of the Court.

Title of filed document:

*Exhibit I to the Appendix of Exhibits to Wyeth's Motion to Dismiss Certain Plaintiffs (filed October 24, 2003; Document # 203341*[1]

At the time Wyeth's Motion was filed, all of the documents that comprise Exhibit I were not available and Wyeth respectfully requests that the Clerk file these documents under seal and attach them under seal as Exhibit I to the Appendix of Exhibits (Document # 203341) filed with Wyeth's Motion and supporting Memorandum in the above-captioned actions.

Respectfully submitted,

*signature: Paul B. Kerrigan*

Peter L. Zimroth
Anand Agneshwar
Dorothy N. Giobbe
ARNOLD & PORTER
399 Park Avenue
New York, NY 10022-4690
(212) 715-1000

Michael T. Scott
Paul B. Kerrigan
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(215) 851-8100

Date: November 14, 2003          Attorneys for Wyeth

---

[1] The Document Number for Wyeth's Motion and supporting Memorandum of Law, which was filed simultaneously with the Appendix of Exhibits, is # 203340.

**EXHIBIT L TO APPENDIX OF EXHIBITS IN SUPPORT OF
WYETH'S MOTION TO DISMISS CERTAIN PLAINTIFFS**
(Document # 203341)


**(FILED UNDER SEAL)**

Robert Fulton McDaniel
*Binion, 02-20019*

Anthony Earl Sykes
*Binion*, 02-20119

Lillian Chandler
*Chandler*, 02-20120

Felicia Edwards
*Harmon*, 02-20082

Donna Murphy
*Harmon,* 02-20082

Johnny Earl Clark
*Stallings, 02-20018*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Exhibit I to the Appendix of Exhibits in Support of Wyeth's Motion to Dismiss Certain Plaintiffs was served this 14th day of November 2003 upon the following *with* the Confidential Information enclosed:

| | |
|---|---|
| Honorable Harvey Bartle III<br>United States District Court for the<br>Eastern District of Pennsylvania<br>16614 U. S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1752 | **HAND DELIVERY** |
| Gregory P. Miller, Esquire<br>Special Discovery Master<br>Miller, Alfano & Raspanti, P.C.<br>1818 Market Street, Suite 3402<br>Philadelphia, PA 19103 | **HAND DELIVERY** |
| H. Gray Laird, Esquire<br>Page, Kruger & Holland, P.A.<br>10 Canebrake Boulevard, Suite 200<br>Jackson, MS 39232<br>*(Attorney for Plaintiffs)* | **UPS OVERNIGHT** |
| Wilbur O. Colum, Esquire<br>The Colum Law Firm<br>406 Third Avenue North<br>Columbus, MS 39703<br>*(Attorney for Plaintiffs)* | **UPS OVERNIGHT** |

and *without* the Confidential Information enclosed by U.S. first-class mail, postage prepaid, upon all other counsel required to be served by Pretrial Order No. 19.

*/s/ Paul B. Kerrigan*
Paul B. Kerrigan

Date: November 14, 2003

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Wyeth's Reply to Plaintiffs' Response to Wyeth's Motion to Dismiss Certain Plaintiffs in the *Linda Harmon, Duwanda Robbins, Janice Binion, Lilllian Chandler, Patricia Mosley, Mary Sanders,* and *Brenda Stallings* action was served this 4th day of December 2003 by UPS Overnight Delivery upon counsel for plaintiffs in the foregoing actions addressed as follows:

> Brian A. Clark, Esquire
> Page, Kruger & Holland, P.A.
> 10 Canebrake Boulevard, Suite 200
> Jackson, MS 39232
> *(Attorney for Plaintiffs)*
>
> Wilbur O. Colum, Esquire
> The Colum Law Firm
> 406 Third Avenue
> Columbus, MS 39703
> *(Attorney for Plaintiffs)*

and by U.S. first-class mail, postage prepaid, upon all other counsel of record in the foregoing actions and all counsel required to be served by Pretrial Order No. 19.

*Paul B. Kerrigan*
Paul B. Kerrigan

Date: December 4, 2003