IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (Phentermine/ Fenfluramine/Dexfenfluramine) PRODUCTS LIABILITY LITIGATION : | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: : | |
| HARMON , et al. v. <br> WYETH-AYERST PHARM., et al. : | CIVIL ACTION NO. 02-20082 |
| STALLING, et al. v. <br> WYETH-AYERST PHARM., et al. : | CIVIL ACTION NO. 02-20118 |
| CHANDLER, et al. v. <br> WYETH-AYERST PHARM., et al. : | CIVIL ACTION NO. 02-20120 |
| BINION, et al. v. <br> WYETH-AYERST PHARM., et al. : | CIVIL ACTION NO. 02-20119 |
| MOSLEY, et al. v. <br> WYETH-AYERST PHARM., et al. : | CIVIL ACTION NO. 02-20122 |
| ROBBINS, et al. v. <br> WYETH-AYERST PHARM., et al. : | CIVIL ACTION NO. 02-20081 |

**PRETRIAL ORDER NO.**_____

AND NOW, this         day of May, 2005, it is hereby ORDERED that plaintiffs' motions for leave of court to designate experts in six above-captioned actions are DENIED as moot.

BY THE COURT:

_____
                                                    J.