IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE / DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) : : : | MDL DOCKET NO. 1203 |

THIS ORDER RELATES TO EAVES LAW
FIRM CASES LISTED ON EXHIBIT A & B

### PRETRIAL ORDER NO. _____

AND NOW TO WIT: This _____ day of _____ 2006 it having been advised that all claims between all the parties in the cases listed on Exhibit A and B have been settled, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby:

ORDERED that, pursuant to agreement of counsel, the actions listed on Exhibit A and B, including any and all claims, counterclaims, cross-claims and third party claims therein are DISMISSED with prejudice and without costs as to all parties.

MICHAEL E. KUNZ, Clerk of Court

BY:  s/Ronald Vance
     Ronald Vance
     Deputy Clerk

**EXHIBIT A**
Eaves Law Firm MDL Plaintiffs
Single Plaintiff Cases
5/10/2006

| # | Plaintiff Name | MDL # | Transferor Court |
|---|---|---|---|
| 1 | Winborne, Debbie | 04-29453 | LAW |
| 2 | Ganzerla, Deborah | 05-20572 | MSS |

EXHIBIT B
Eaves Law Firm MDL Plaintiffs
Multi Plaintiff Cases
5/10/2006

| # | Plaintiff Name | Case Name | MDL # | Transferor Court |
|---|---|---|---|---|
| 1 | Autry, Andrean J. Monet a/k/a Autry, Andrea B. | Stallings, Brenda | 02-20118 | MSS |
| 2 | Cherry, Constance | Ramsey, Jean | 03-20344 | MSS |
| 3 | Johnson, Mary | Ramsey, Jean | 03-20344 | MSS |
| 4 | Perkins, Mamie | Ramsey, Jean | 03-20344 | MSS |
| 5 | Beasley, Cheryl M. | White, Dora L. | 04-20195 | MSN |
| 6 | Potts, Martha H. | White, Dora L. | 04-20195 | MSN |
| 7 | Robinson, Tessa R. | White, Dora L. | 04-20195 | MSN |
| 8 | Dunning, Suzanne J. | Dunning, Suzanne J. | 04-20196 | MSN |
| 9 | Bryant, Diane W. | Mathis, Tonya | 04-22903 | MSN |
| 10 | Gordon, Brenda D. | Mathis, Tonya | 04-22903 | MSN |
| 11 | Harris, Linda F. | Mathis, Tonya | 04-22903 | MSN |
| 12 | Harris, Tonja | Mathis, Tonya | 04-22903 | MSN |
| 13 | Harvey, Deborah P. | Mathis, Tonya | 04-22903 | MSN |
| 14 | Jones, Christine C | Mathis, Tonya | 04-22903 | MSN |
| 15 | Martin, Kathey | Mathis, Tonya | 04-22903 | MSN |
| 16 | Peterson, Evana R. | Mathis, Tonya | 04-22903 | MSN |
| 17 | Williams, Cecilia L. a/k/a Williams, Cecilia B. | Mathis, Tonya | 04-22903 | MSN |
| 18 | Williams, Tammy J. | Mathis, Tonya | 04-22903 | MSN |
| 19 | Giles, Diane | Baker, Kristy L. | 04-22962 | NVD |
| 20 | Jappe, Jillyn J. | Baker, Kristy L. | 04-22962 | NVD |
| 21 | Norris, Kimberly J. | Baker, Kristy L. | 04-22962 | NVD |
| 22 | Okerlund, Melissa R. | Baker, Kristy L. | 04-22962 | NVD |
| 23 | Pender-Peters, Mary L. | Baker, Kristy L. | 04-22962 | NVD |
| 24 | Blackwood, Tina M. | Kizer, Wanda T. | 04-23745 | MSN |
| 25 | Brisco, Crystal | Kizer, Wanda T. | 04-23745 | MSN |
| 26 | Bryant, Annette M. | Kizer, Wanda T. | 04-23745 | MSN |
| 27 | Bryant, Roger D. | Kizer, Wanda T. | 04-23745 | MSN |
| 28 | Clark, Marie B. | Kizer, Wanda T. | 04-23745 | MSN |
| 29 | Davis, Teresa R. | Kizer, Wanda T. | 04-23745 | MSN |
| 30 | Edge, Brenda D. | Kizer, Wanda T. | 04-23745 | MSN |
| 31 | Hale, Traci S. | Kizer, Wanda T. | 04-23745 | MSN |
| 32 | Haymore, Kim B | Kizer, Wanda T. | 04-23745 | MSN |
| 33 | Hutchens, Pauline R. | Kizer, Wanda T. | 04-23745 | MSN |
| 34 | Irvin, Pamela R | Kizer, Wanda T. | 04-23745 | MSN |
| 35 | Jackson, Angela F. | Kizer, Wanda T. | 04-23745 | MSN |
| 36 | Jaudon, Angelia L. | Kizer, Wanda T. | 04-23745 | MSN |
| 37 | Lucas, Tamar | Kizer, Wanda T. | 04-23745 | MSN |
| 38 | Molett, Cynthia L. | Kizer, Wanda T. | 04-23745 | MSN |
| 39 | Parker, Wanda I. a/k/a Parker, Wanda J. | Kizer, Wanda T. | 04-23745 | MSN |
| 40 | Phillips, Frances J. | Kizer, Wanda T. | 04-23745 | MSN |
| 41 | Rodgers, Brenda C. | Kizer, Wanda T. | 04-23745 | MSN |
| 42 | Simpson, Carol R. | Kizer, Wanda T. | 04-23745 | MSN |
| 43 | Wolf, Catherine | Kizer, Wanda T. | 04-23745 | MSN |
| 44 | Woods, Bridgette S. | Kizer, Wanda T. | 04-23745 | MSN |
| 45 | Russell, Linda D. | Patrick, Janice | 04-26162 | ALM |
| 46 | Silman, Patricia (Mattingly) | Miles, Dana | 04-26860 | MOW |
| 47 | Houseman, Vivian | Weston, Brenda | 04-26861 | MOW |
| 48 | Adams, Brenda | Joyner, Janet | 04-27245 | MSN |

EXHIBIT B
Eaves Law Firm MDL Plaintiffs
Multi Plaintiff Cases
5/10/2006

| # | Plaintiff Name | Case Name | MDL # | Transferor Court |
|---|---|---|---|---|
| 49 | Archie, Tammy | Joyner, Janet | 04-27245 | MSN |
| 50 | Armstrong, Wanda | Joyner, Janet | 04-27245 | MSN |
| 51 | Avant, Kathy a/k/a Avent, Kathy | Joyner, Janet | 04-27245 | MSN |
| 52 | Bell, Kathryn | Joyner, Janet | 04-27245 | MSN |
| 53 | Bridges, Freida | Joyner, Janet | 04-27245 | MSN |
| 54 | Carruthers, Marilyn | Joyner, Janet | 04-27245 | MSN |
| 55 | Carter, Linda | Joyner, Janet | 04-27245 | MSN |
| 56 | Chears, Gwendolyn | Joyner, Janet | 04-27245 | MSN |
| 57 | Clifton, Rachelle | Joyner, Janet | 04-27245 | MSN |
| 58 | Coleman, Sheila | Joyner, Janet | 04-27245 | MSN |
| 59 | Ellington, Diane | Joyner, Janet | 04-27245 | MSN |
| 60 | Farmer, Pamela | Joyner, Janet | 04-27245 | MSN |
| 61 | Franklin, Lee | Joyner, Janet | 04-27245 | MSN |
| 62 | Hickerson, Carlene | Joyner, Janet | 04-27245 | MSN |
| 63 | Hunter, Doris | Joyner, Janet | 04-27245 | MSN |
| 64 | Jackson, Tasha | Joyner, Janet | 04-27245 | MSN |
| 65 | Jacob-Long, Constance | Joyner, Janet | 04-27245 | MSN |
| 66 | James, Gwendolyn | Joyner, Janet | 04-27245 | MSN |
| 67 | Kent, Pearl, a/k/a Kent, Pearlie, correctly identified on complaint as Kent, Pearle | Joyner, Janet | 04-27245 | MSN |
| 68 | Kilpatrick, Gwendolyn L. | Joyner, Janet | 04-27245 | MSN |
| 69 | Lee, Barbara | Joyner, Janet | 04-27245 | MSN |
| 70 | Lewis, Angela | Joyner, Janet | 04-27245 | MSN |
| 71 | Matthews, Adrian | Joyner, Janet | 04-27245 | MSN |
| 72 | McLaurine, Hermitta | Joyner, Janet | 04-27245 | MSN |
| 73 | Page, Lawanda | Joyner, Janet | 04-27245 | MSN |
| 74 | Powell, Diana | Joyner, Janet | 04-27245 | MSN |
| 75 | Pryce, LaVerne | Joyner, Janet | 04-27245 | MSN |
| 76 | Ray, Shirley | Joyner, Janet | 04-27245 | MSN |
| 77 | Smith, Polly | Joyner, Janet | 04-27245 | MSN |
| 78 | Talley, Cheryl | Joyner, Janet | 04-27245 | MSN |
| 79 | Thomas, Nina | Joyner, Janet | 04-27245 | MSN |
| 80 | Thomas, Vanessa | Joyner, Janet | 04-27245 | MSN |
| 81 | Weaver, Tracy | Joyner, Janet | 04-27245 | MSN |
| 82 | White, Arvella | Joyner, Janet | 04-27245 | MSN |
| 83 | Willett-Butler, Rosalyn | Joyner, Janet | 04-27245 | MSN |
| 84 | Williams, Melanie | Joyner, Janet | 04-27245 | MSN |
| 85 | Winfield, Avis | Joyner, Janet | 04-27245 | MSN |
| 86 | Yarbrough, Shirley | Joyner, Janet | 04-27245 | MSN |
| 87 | Harvey, Carolyn | Belk, Felicia | 04-28464 | CAC |
| 88 | Tate, Mary | Stephens, Jane | 04-29404 | MSN |
| 89 | Mackie, Teresa | Bowen, Eula | 04-29638 | GAM |
| 90 | Brower, Sheila | Cusie, Deborah, correctly identified on complaint as Cusic, Deborah | 05-25396 | MSN |
| 91 | Eaglin, Barbara | Cusie, Deborah, correctly identified on complaint as Cusic, Deborah | 05-25396 | MSN |

EXHIBIT B
Eaves Law Firm MDL Plaintiffs
Multi Plaintiff Cases
5/10/2006

| # | Plaintiff Name | Case Name | MDL # | Transferor Court |
|---|---|---|---|---|
| 92 | Finch, Robin | Cusie, Deborah, correctly identified on complaint as Cusic, Deborah | 05-25396 | MSN |
| 93 | Fulenwider, Lea | Cusie, Deborah, correctly identified on complaint as Cusic, Deborah | 05-25396 | MSN |
| 94 | Harvey, Kimberly | Cusie, Deborah, correctly identified on complaint as Cusic, Deborah | 05-25396 | MSN |
| 95 | Jones, Reeba | Cusie, Deborah, correctly identified on complaint as Cusic, Deborah | 05-25396 | MSN |