IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE / DEXFENFLURAMINE :
PRODUCTS LIABILITY LITIGATION) : MDL DOCKET NO. 1203

THIS ORDER RELATES TO
PAGE, KRUGER & HOLLAND, P.A.
CASES LISTED ON EXHIBIT A

### PRETRIAL ORDER NO. _____

AND NOW TO WIT: This _____ day of _____ 2006 it having been advised that all claims between all the parties in the cases listed on Exhibit A have been settled, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby:

ORDERED that, pursuant to agreement of counsel, the actions listed on Exhibit A, including any and all claims, counterclaims, cross-claims and third party claims therein are DISMISSED with prejudice and without costs as to all parties.

MICHAEL E. KUNZ, Clerk of Court

BY: _____s/Tom Dempsey_____
Tom Dempsey
Deputy Clerk

**EXHIBIT A**
Page, Kruger & Holland, PA
MDL Plaintiffs
Multi Plaintiff Cases
10/26/2007

| # | Plaintiff Name | Case Name | MDL # | Transferor Court |
|---|---|---|---|---|
| 1 | Pritchard, Sonia Yashica | Stallings, Brenda | 02-20118 | MSS |