IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (Phentermine/Fenfluramine/ Dexfenfluramine) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) MDL NO. 1203 |
| This Document Relates to: BRENDA STALLINGS, et. al., Plaintiffs, v. WYETH-AYERST PHARMACEUTICALS, INC., et al., Defendants. | ) ) ) ) ) ) ) ) ) MDL Civil Action No. 2:02-cv-20118-HB ) ) ) ) ) |

**NOTICE OF APPEARANCE**

Please enter my firm's appearance, and more specifically Peter T. Holt, as counsel of record for SUSAN M. DAVIS, Plaintiff in the above-captioned matter.

Respectfully submitted,

/s/ Peter T. Holt
Peter T. Holt
California State Bar No. 147436
Hackard & Holt
11335 Gold Express Drive, Suite 105
Gold River, California 95670
Telephone:   (916) 853-3000
Facsimile:   (916) 853-3010

1

## CERTIFICATE OF SERVICE

      I the undersigned hereby certifies that on this 9th day of January 2008 a true and correct copy of the foregoing Notice of Appearance was served by first-class mail, postage prepaid, upon all parties whose names appear on the attached service list and has been filed electronically and is available for viewing and downloading from the ECF system.

Dated: _____1/9/08_____　　　　　　　　　_____/s/ Peter T. Holt_____
　　　　　　　　　　　　　　　　　　　　　　　Peter T. Holt

Service List

Jeffrey A. Burt
ARNOLD & PORTER
555 Twelfth Street NW
Washington, D.C. 20004
Counsel for Wyeth

Gregory P. Miller
DRINKER, BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
Special Discovery Master

Arnold Levin
Michael D. Fishbein
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Co-Chair of Plaintiffs' Management Committee

John J. Cummings III
CUMMINGS, CUMMINGS & DUDENHEFER
416 Gravier Street
New Orleans, LA 70130
Co-Chair of Plaintiffs' Management Committee

Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS, CHESLEY
1513 Central Trust Tower
One West Fourth Street
Cincinnati, OH 45202
Co-Chair of Plaintiffs' Management Committee

Ms. Deborah A. Hyland
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
Co-Chair of Plaintiffs' Management Committee

Michael T. Scott
REED SMITH, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Liaison Counsel for
Fenfluramine/Dexfenfluramine Defendants

Edward W. Madeira
PEPPER HAMILTON, LLP
3000 Two Logan Square
Philadelphia, PA 19103
Liaison Counsel for Phentermine Manufacturers
& Supplier

Peter L. Resnik
McDERMOTT, WILL & EMERY
28 State Street, 34th Floor
Boston, MA 02109
Co-Lead Counsel for Phentermine Defendants

Edward S. Weltman
GOODWIN PROCTOR, LLP
599 Lexington Avenue, 30th Floor
New York, NY 10022
Co-Lead Counsel for Phentermine Defendants

Brian A. Clark
PAGE KRUGER & HOLLAND, PA
775 Woodlands Parkway, Suite 100
Ridgeland, MS 39157
Attorney for Plaintiff

Thomas Y. Page
PAGE KRUGER & HOLLAND, PA
P.O. Box 1163
Jackson, MS 39215-1163
Attorney for Plaintiff